IT IS SO ORDERED.
Signed November 09, 2010

*Arthur S. Weissbrodt*

**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

René Lastreto, II, #100993
rl2@lrplaw.net
Vanessa M. Boehm, #261972
vmb@lrplaw.net
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
M:\19435\Pleadings\lrp-1-order.wpd:rp

Attorneys for Movant FARM CREDIT WEST PCA, Movant

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In the Matter of<br><br>DENNEY FARMS, a California Limited Partnership,<br><br>Debtor | Case No. 10-59704<br><br>Chapter 11<br><br>**R.S. No. LRP-1** |
| FARM CREDIT WEST PCA,<br><br>Movant<br><br>vs.<br><br>DENNEY FARMS, a California Limited Partnership,<br><br>Debtor and Debtor-in-Possession, Respondent | Hearing Date: November 3, 2010<br>Hearing Time: 2:15 p.m.<br>Dept: Courtroom 3020<br>280 South First Street<br>San Jose, CA 95113<br><br>HONORABLE ARTHUR S. WEISSBRODT |

**ORDER ON FARM CREDIT WEST PCA'S MOTION FOR RELIEF FROM STAY;
AUTHORIZING BORROWING FOR PAYMENT TO ROBERTS VINEYARDS**

Farm Credit West PCA's ("PCA") Motion for Modification of the Automatic Stay or Alternatively, Adequate Protection (Roberts Vineyards Payment) came on regularly for hearing, after having been adequately noticed, before the Honorable Arthur S. Weissbrodt, United States

Order on FCW PCA's Motion for Relief from Stay;   -1-
Authorizing Borrowing for Payment to Roberts Vineyards
Case: 10-59704    Doc# 31    Filed: 11/09/10    Entered: 11/09/10 12:33:06    Page 1 of 4

Bankruptcy Judge on November 3, 2010. Appearing for PCA was Lang, Richert & Patch by Rene Lastreto II, Esq. Appearing for the Debtor (by telephone) was Johnson and Moncrief by Paul W. Moncrief, Esq. There were no other appearances.

The Court noted on the record that the stay relief motion was not the proper method for the Court to authorize post-petition borrowing from the Movant. After having reviewed the evidence presented by the Movant and the offers of proof by Debtor's counsel, the Court noted that service of this motion was adequate for a motion under 11 U.S.C. § 364. Having been fully advised of the premises, the Court made findings on the record supporting a post-petition borrowing by the Debtor under 11 U.S.C. § 364. Therefore, for good cause appearing,

**IT IS ORDERED**, that this Motion is deemed a Motion to Authorize Borrowing under 11 U.S.C. Section 364; and it is,

**FURTHER ORDERED**, that the Debtor is authorized to borrow from PCA the sum of $211,967.00 which sum may be paid by PCA to Roberts Vineyards Services for farm management services and said sum may be added to the existing loan balances on the same terms provided under the controlling loan documents between the Debtor and PCA; and it is,

**FURTHER ORDERED**, that no further hearing is necessary on this motion.

Approved as to Form
JOHNSON AND MONCRIEF, PLC

By: /s/ Paul
Paul W. Moncrief, Esq.
Attorneys for Debtor, DENNEY FARMS, a
California Limited Partnership

*** END OF ORDER ***

---

Order on FCW PCA's Motion for Relief from Stay;      -2-
Authorizing Borrowing for Payment to Roberts Vineyards

| | |
|---|---|
| 1 | Service List |
| 2 | |
| 3 | Denney Farms, |
| | a California Limited Partnership |
| 4 | P.O. Box 450 |
| | Bradley, CA 93426 |
| 5 | **(Debtor)** |
| 6 | Paul W. Moncrief, Esq. |
| | Johnson and Moncrief, PLC |
| 7 | 295 S. Main Street |
| | Salinas, CA 93901 |
| 8 | **(Debtor's Counsel)** |
| 9 | Office of the |
| | United States Trustee |
| 10 | United States Federal Building |
| | 280 S. 1st, #268 |
| 11 | San Jose, CA 95113-3004 |
| 12 | Franchise Tax Board |
| | Post Office Box 942857 |
| 13 | Sacramento CA 94257-2021 |
| 14 | Chief Counsel |
| | Franchise Tax Board |
| 15 | c/o General Counsel Section |
| | Post Office Box 1720; MS: A-260 |
| 16 | Rancho Cordova, CA 95741-1720 |
| 17 | Internal Revenue Service |
| | Ogden, UT 94257-0039 |
| 18 | |
| | IRS - Centralized Insolvency |
| 19 | Post Office Box 21126 |
| | Philadelphia, PA 19114 |
| 20 | |
| | Office of the |
| 21 | Attorney General |
| | U.S. Department of Justice |
| 22 | ATTN: CIVIL PROCESS CLERK |
| | obo IRS |
| 23 | 950 Pennsylvania Avenue, NW |
| | Washington, DC 20530-0001 |
| 24 | |
| | Civil Process Clerk |
| 25 | Office of the United States Attorney - Northern District |
| | Civil Division, obo IRS |
| 26 | 150 Almaden Blvd., Suite 900 |
| | San Jose, CA 95113 |
| 27 | |
| 28 | |

Order on FCW PCA's Motion for Relief from Stay;     -3-
Authorizing Borrowing for Payment to Roberts Vineyards

Case: 10-59704   Doc# 31   Filed: 11/09/10   Entered: 11/09/10 12:33:06   Page 3 of 4

[Continuation of Service List]

Monterey County Tax Collector
168 W. Alisal Street, 1st Floor
Salinas, CA 93901

The Rev. Shelley Denney
264 W. 14th Street
San Bernardino, CA 92405

Order on FCW PCA's Motion for Relief from Stay; -4-
Authorizing Borrowing for Payment to Roberts Vineyards