Paul W. Moncrief, Esq. SBN 204239
JOHNSON & MONCRIEF, PLC
295 S. Main Street, Suite 600
Salinas, California 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorneys for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                          ) CASE NO. 10-59704
                                                )
DENNEY FARMS, a California Limited              ) Chapter 11
Partnership,                                    )
                                                ) Date:  December 14, 2010
            Debtor in Possession.               ) Time:  2:15 p.m.
                                                ) Place: 280 South First Street, Room 3035
Tax ID #:   77-0306850                          )        San Jose, CA 95113-3099
Address:    72120 Jolon Road                    )
            Bradley, CA 93426                   ) Judge: Weissbrodt
                                                )
                                                )

## CHAPTER 11 STATUS CONFERENCE STATEMENT

1.  DENNEY FARMS, a California Limited Partnership ("Debtor") is an entity that owns and operates wine grape vineyards located at 72120 Jolon Road, Bradley, California.

2.  Debtor is managed by Robert H. Denney. Further, all vineyard operations are currently run through a third-party, Roberts Vineyard Services ("Roberts").

3.  Due to the recent economic downturn, Debtor has lost considerable revenue and has been unable to make full, timely payment on its secured debt.

4.  Debtor filed for Chapter 11 relief on September 17, 2010.

5.  Debtor attended the § 341 Meeting of Creditors held on October 27, 2010.

///

Case: 10-59704   Doc# 41   Filed: 11/23/10   Entered: 11/23/10 14:56:39   Page 1 of 6

6. Debtor seeks to exit bankruptcy through (a) the sale of its real property, (b) the sale of Debtor's 2010 wine grape crop, and (c) the collection of current accounts receivables.

7. In order to accomplish Debtor's objectives, Debtor has applied, and received approval, for the use of Johnson & Moncrief, PLC as its attorney, and International Wine Associates as its real estate broker for the sale of Debtor's real property.

8. A large percentage of Debtor's current secured debt is owned by Farm Credit West ("Farm Credit"). Debtor's receivables are paid directly to Farm Credit, as they maintain liens on Debtor's crops.

9. From the date of filing its petition to the date of this Statement, Debtor has received $337,327.78 from operations, all of which have been paid directly to Farm Credit. Debtor expects to receive an additional $225,693.90 from operations by the date of the Status Conference on November 29, 2010.

10. Debtor has complied with all of the U.S. Trustee's requests for documentation, including Debtor's Monthly Operating Reports, and payment of Trustee fees.

11. Debtor has been working with Farm Credit and the Bankruptcy Court to ensure that postpetition creditors are paid and business operations continue for the benefit of all creditors. Specifically, on November 9, 2010 this Court granted Farm Credit's Motion for Partial Relief from Stay to provide Roberts with $211,967.00 for harvesting expenses.

12. No motions for relief from the automatic stay are pending.

13. Debtor has completed the grape harvest on its property for 2010. All payments for the 2010 harvest are expected to be paid by April 2011. Debtor expects to receive a total of approximately $1,275,828 from the total 2010 harvest, including the payments Debtor has already received.

14. Debtor expects to receive an additional $154,304 from the sale of 2009 bulk wine, and collection of its remaining 2009 grape harvest receivables.

15. Debtor and IWA are currently working with Farm Credit to negotiate the sale of Debtor's real property, which comprises a large majority of assets of the estate.

///

Case: 10-59704    Doc# 41    Filed: 11/23/10    Entered: 11/23/10 14:56:39    Page 2 of 6

1 |     16.    Debtor anticipates filing its Chapter 11 Plan by February 2011. Debtor anticipates that the plan will include payment of Farm Credit's secured debt through the sale of the Debtor's real property. Payment to the remaining creditors will be based on the total proceeds from the expected receipt of grape revenue and the sale of Debtor's real property.

Dated: November 22, 2010

JOHNSON & MONCRIEF, PLC

*/s/ Paul*

Paul W. Moncrief, Attorney for Debtor

# CERTIFICATE OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

    1.    Chapter 11 Status Conference Statement

To be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

__XX__    **(BY MAIL)** By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____    **(BY HAND-DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____    **(BY OVERNIGHT DELIVERY)** By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

_____    **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

addressed as follows:

| | |
|---|---|
| Farm Credit West<br>Rene Lastreto, II<br>Lang, Richert & Patch<br>P.O. Box 40012<br>Fresno, CA 93755 | Office of the U.S. Trustee/SJ<br>U.S. Federal Bldg.<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004 |
| Chris Brumfield, Esq.<br>VP & General Counsel<br>Farm Credit West<br>1478 Stone Point Dr., Suite 450<br>Roseville, CA 95661 | Farm Credit West<br>Attn: James Meeley<br>P.O. Box 631<br>Visalia, CA 93279 |
| Farm Credit West<br>P.O. Box 631<br>Visalia, CA 93279 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94240 |

| | | |
|---|---|---|
| 1 | Secretary of The Treasury<br>15th and Pennsylvania Ave.<br>NW Washington, DC 20220-0001 | Internal Revenue Service<br>ACS Support – STOP 813G<br>P.O. Box 145566<br>Cincinnati, OH 45250 |
| 2 | | |
| 3 | | |
| 4 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>Ogden, UT 84201-0039 |
| 5 | | |
| 6 | Internal Revenue Service<br>P O Box 21126<br>Philadelphia, P A 19114 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 |
| 7 | | |
| 8 | Castoro Cellars<br>6465 Von Dollen Road<br>San Miguel, CA 93451 | Courtside Cellars LLC<br>4910 Edna Road<br>San Luis Obispo, CA 93401 |
| 9 | | |
| 10 | Hahn Estates<br>P.O. Drawer C<br>Soledad, CA 93960 | Hames Valley Vineyards, Inc.<br>72120 Jolon Road<br>Bradley, CA 93426 |
| 11 | | |
| 12 | Herzog Wine Cellars<br>3201 Camino Del Sol<br>Oxnard, CA 93030 | Delicato Vineyards<br>12001 South Highway 99<br>Manteca, CA 95336 |
| 13 | | |
| 14 | E.T. Caulk Educational Trust<br>Shelley B. Denney Trustee<br>264 W. 14th Street<br>San Bernardino, CA 92405 | International Wine Associates<br>P.O. Box 1330<br>Healdsburg, CA 95448 |
| 15 | | |
| 16 | Lang, Richert &Patch<br>5200 North Palm, Suite 401<br>Fresno, CA 93704 | MONTEREY COUNTY TAX COLLECTOR<br>168 W. Alisal Street 1st Floor<br>Salinas, CA 93901 |
| 17 | | |
| 18 | MONTEREY COUNTY TAX COLLECTOR<br>P O BOX 891<br>SALINAS, CA 93902 | Robert H. Denney, Jr.<br>72120 Jolon Road<br>Bradley, CA 93426 |
| 19 | | |
| 20 | Robert Hall Winery LLC 3443 Mill Road Paso Robles, CA 93446 | Scheid Vineyards<br>305 Hilltown Road<br>Salinas, CA 93908 |
| 21 | | |
| 22 | The Rev. Shelley Denney<br>264 W. 14th Street<br>San Bernardino, CA 92405 | The Wine Group<br>P.O. Box 897<br>Ripon, CA 95366 |
| 23 | Turrentine Brokerage<br>7599 Redwood Boulevard Suite 103<br>Novato, CA 94945 | Venoco<br>6267 Carpinteria Avenue Suite 100<br>Carpinteria, CA 93013 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Case: 10-59704    Doc# 41    Filed: 11/23/10    Entered: 11/23/10 14:56:39    Page 5 of 6

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct. Executed on November 23, 2010, in Salinas, California.

_____
Kelli Stokes