René Lastreto, II, #100993
rl2@lrplaw.net
Vanessa M. Boehm, #261972
vmb@lrplaw.net
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
M:\19435\Pleadings\Ntc.Non-Consent.final.wpd:rp

Attorneys for Party-in-Interest FARM CREDIT WEST PCA; FARM CREDIT WEST FLCA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In the Matter of | Case No. 10-59704 |
|---|---|
| | Chapter 11 |
| DENNEY FARMS, a California Limited Partnership | |
| Debtor | HONORABLE ARTHUR S. WEISSBRODT |

**NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL AND SEIZURE OF COLLATERAL (11 U.S.C. sec. 546(b), 363(c)(2))**

TO THE DEBTOR, THE UNITED STATES TRUSTEE AND ALL CREDITORS HEREIN:

FARM CREDIT WEST, PCA and FARM CREDIT WEST, FLCA ("FCW"), secured creditor herein, hereby gives notice of its security interest in the Debtor's assets, including, without limitation, real property, existing and after acquired goods, farm products, payment intangibles, inventory, accounts receivable, crops and proceeds of such crops (the "Cash Collateral").

FCW does not consent to the use of its Cash Collateral by Debtor pursuant to 11 U.S.C. sec. 363(c)(2) except as specifically set forth in writing or by Order of the Court. Any consent by FCW

Notice of Non-Consent to Use of Cash Collateral and    -1-
Seizure of Collateral

1 | permitting the use of FCW's Cash Collateral shall be in writing and such consent shall not be
2 | indicative of prospective consent.
3 |     By this notice, FCW exercises its rights of seizure pursuant to 11 U.S.C. sec. 546(b) as to
4 | the collateral encumbered by its various security interests.

Dated: December 2, 2010

LANG, RICHERT & PATCH, P.C.

By _____
Vanessa M. Boehm,
Attorneys for FARM CREDIT WEST, PCA
and FARM CREDIT WEST, FLCA

Notice of Non-Consent to Use of Cash Collateral and -2-
Seizure of Collateral