Paul W. Moncrief, Esq. SBN 204239
JOHNSON & MONCRIEF, PLC
295 S. Main Street, Suite 600
Salinas, California 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorneys for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DENNEY FARMS, a California Limited Partnership,<br><br>   Debtor in Possession.<br><br>Tax ID #:  77-0306850<br>Address:   72120 Jolon Road<br>           Bradley, CA 93426 | CASE NO. 10-59704<br><br>Chapter 11<br><br>Place: 280 South First Street, Room 3035<br>       San Jose, CA 95113-3099<br><br>Judge: Weissbrodt |

**INTERIM APPLICATION OF JOHNSON & MONCRIEF, PLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF PAUL W. MONCRIEF IN SUPPORT THEREOF**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:

Johnson & Moncrief, PLC ("J & M") hereby presents its application ("the Application") for compensation for professional services rendered and reimbursement of expenses incurred in connection with its representation of Debtor in Possession Denney Farms, a California Limited Partnership ("Debtor") in this Chapter 11 case.

///

Interim Application for Fees; Memorandum of Points and Authorities; Declaration of Paul W. Moncrief in Support
*In re Denney Farms, a California Limited Partnership*
Case No. 10-59704

Case: 10-59704   Doc# 47   Filed: 12/23/10   Entered: 12/23/10 10:52:03   Page 1 of 12

By this Application, J & M seeks allowance and payment of $24,644.50 in attorney fees and $67.20 in expenses incurred from the commencement of this case through December 9, 2010, for a total award of $24,711.70. A Summary Sheet of the combined total of fees and expenses requested and the total blended hourly rate is attached as Exhibit "A" to the supporting Declaration of Paul W. Moncrief. Also, included with this Application is a letter sent to Debtor certifying that J & M has complied with the Northern District's Guideline for Compensation and Expense Reimbursement of Professional and Trustees. *See* Exhibit "E".

This Application is based upon the following Memorandum of Points and Authorities, the attached Declaration of Paul W. Moncrief, the pleadings and evidence on file with the Court in this case, and upon such other evidence as the Court may allow.

WHEREFORE, J & M respectfully requests that the court approve the amounts requested in the Application.

Dated: December 22, 2010

JOHNSON & MONCRIEF, PLC

Paul W. Moncrief, Attorney for Debtor in Possession, Denney Farms, a California Limited Partnership

Interim Application for Fees; Memorandum of Points and Authorities; Declaration of Paul W. Moncrief in Support
Case: 10-59704   Doc# 47   Filed: 12/23/10   Entered: 12/23/10 10:52:03   Page 2 of 12
*In re Denney Farms, a California Limited Partnership*
Case No. 10-59704

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. PROCEDURE HISTORY AND STATUS OF CASE

### A. Background of Case

Debtor in Possession, Denney Farms, a California Limited Partnership ("Debtor") is a wine grape grower located at 72120 Jolon Road, Bradley, California 93426. Debtor's business is run by Robert H. Denney, a general and limited partner in the entity, and individual responsible for the duties and obligations imposed upon the Debtor as Debtor in Possession. On September 17, 2010, Debtor filed an emergency Chapter 11 petition. On October 1, 2010, Debtor filed the required schedules and statements in this case.

Debtor is seeking to sell its vineyard property, its primary asset, in an effort to satisfy its current creditors. To help with this sale, Debtor applied for and received authority on November 9, 2010, from the Court to employ International Wine Associates as its real estate broker. Additionally, on November 12, 2010, Debtor, along with its counsel Johnson & Moncrief, PLC ("J & M"), attended the meeting of creditors.

Debtor has complied with all the requirements provided for by the Court and the United States Trustee, including submission of monthly operating reports on October 26, 2010, and November 18, 2010. A status conference for Debtor is currently scheduled for December 14, 2010.

### B. Employment of Johnson & Moncrief, PLC

Debtor signed an attorney-client fee agreement to employ J & M as its counsel in this matter on September 16, 2010. Debtor and J & M agreed that payment for J & M's services would be based on an hourly rate of work performed on Debtor's behalf in the bankruptcy matter. The stated "current hourly rates" agreed upon were that "Partners" are to be paid at $325-$345 per hour, "Associates" are to be paid at $210-325 per hour, and "Paralegals/Assistants" are to be paid at $50-160 per hour.

As part of the employment contract, Debtor was to provide J & M with both (a) $1,039.00 for bankruptcy filing fees, and (b) $20,000.00 as a retainer. Payment of the billing

Interim Application for Fees; Memorandum of Points and Authorities; Declaration of Paul W. Moncrief in Support
In re Denney Farms, a California Limited Partnership
Case No. 10-59704

Case: 10-59704    Doc# 47    Filed: 12/23/10    Entered: 12/23/10 10:52:03    Page 3 of 12

statements, as provided monthly to Debtor, is to be accomplished by application to the Bankruptcy Court.

Debtor initially applied for an Application to Employ J & M as Counsel on October 5, 2010. Debtor applied for a Second Amended Application to Employ J & M on November 5, 2010. The Court granted this Second Amended Application to Employ J & M on November 9, 2010. Debtor and J & M agreed that payment for J & M's services would be based on an hourly rate of work performed on Debtor's behalf in the bankruptcy matter.

### C. Johnson & Moncrief, PLC Background

J & M employs seven (7) attorneys in areas such as agricultural law, winery law, land use, real estate transactions, civil litigation, and bankruptcy. It maintains three offices in Monterey County, with its main office located in Salinas.

A copy of J &M's list of attorneys and paraprofessionals describing the education, qualification and experience of professionals and paraprofessionals employed at J & M who have performed services in this case is attached as Exhibit "B" to the supporting Declaration of Paul W. Moncrief.

### D. Fees Requested and Awarded

Neither Debtor nor J & M has not, as of the date of this Application, has petitioned for or has been granted payment of attorney fees or reimbursement of costs in this Chapter 11 case.

### E. No Agreement Regarding Compensation

No understanding exists for sharing compensation received or to be received by J & M for services rendered in this case, except that compensation received shall be shared among the members and associates J & M. Other than amounts previously awarded by this Court, J & M has not received or been promised any other payments for the services rendered or to be rendered in any capacity whatsoever in connection with this case.

### F. Funds Available for Payment of Johnson & Moncrief, PLC's Fees and Expenses

Debtor currently maintains approximately $50 in cash in its bank accounts. However, Debtor is expected to receive approximately $400,000 in sales revenue within the next four months for grapes harvested in the 2010 season. One of Debtor's secured creditors, Farm Credit

Interim Application for Fees; Memorandum of Points and Authorities; Declaration of Paul W. Moncrief in Support
In re Delaney Zanus, a California Limited Partnership
Case No. 10-59704

Case: 10-59704    Doc# 47    Filed: 12/23/10    Entered: 12/23/10 10:52:03    Page 4 of 12

West, PCA ("Farm Credit"), maintains a lien on all these crop payments. On December 10, 2010, J & M requested consent from Farm Credit to pay the amount requested in this application from the proceeds of the revenue expected to be paid to Debtor. As the date J & M submitted this Application, Farm Credit has yet to respond to any requests for consent of J & M's fees.

J & M seeks to be paid out of the cash collateral Debtor is expected to receive in the upcoming month.

## II. SUMMARY OF SERVICES PROVIDED

Copies of J & M's billing statements for the period covered by this Application are attached as Exhibit "C" to the supporting Declaration of Paul W. Moncrief. Additionally, attached as Exhibit "D" to the supporting Declaration of Paul W. Moncrief are the fees broken down further so as to show each activity as it is billed, as opposed to the grouping of fees on a single day, as often presented in Exhibit "C". The billing statements set forth in detail the time spent and the specific professional services rendered by J & M.

For the Court's convenience, included in Exhibit "D" to the supporting Declaration of Paul W. Moncrief, is a brief summary of the services rendered by J & M for the period covered by this Application. J & M has arranged its billing charges in the following billing categories: Asset Disposition; Business Operations; Case Administration; Fee/Employment Application; Financing; Meetings of Creditors; and Relief from Stay Proceedings.

## III. SUMMARY OF EXPENSES INCURRED

As with J & M's other clients, J & M incurred expenses in the course of rendering services to Debtor as follows:

| | | |
|---|---|---|
| Court Call | 11/9/2010 | $26.00 |
| Court Call | 11/12/2010 | $41.20 |

## IV. THE COURT SHOULD AWARD J & M ITS FEES AS COSTS AS REQUIRED

Section 331 of the Bankruptcy Code authorizes interim allowance of compensation and reimbursement of expenses as follows:

> A trustee, an examiner, a debtor's attorney, or any professional person employed under section 327 and 1103 of this title (11 U.S.C. §§ 327, 1103) may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more

Interim Application for Fees; Memorandum of Points and Authorities; Declaration of Paul W. Moncrief in Support
5
*In re Denney Farms, a California Limited Partnership*
Case No. 10-59704

Case: 10-59704   Doc# 47   Filed: 12/23/10   Entered: 12/23/10 10:52:03   Page 5 of 12

often if the court permits, for such compensation for services rendered before the date of such an application or reimbursement for expenses incurred before such date as is provided under section 330 of this title (11 U.S.C. § 330). After notice and a hearing, the court may allow and disburse to such applicant such compensation or reimbursement.

Further, J & M's services rendered to and expenses incurred for Debtor during the time period covered by this Application were actual and necessary and compensation, therefore, is reasonable based upon the time, nature, extent and value of the services. Accordingly, J & M's fees and expenses should be allowed and paid in full.

## V. CONCLUSION

Based upon the foregoing, J & M respectfully requests the Court to issue an order:

1. Approving the Application and allowing fees in the amount of $24,644.50 and expenses in the amount of $67.20 for a total request amount of $24,711.70;

2. Authorizing and director Debtor to forthwith pay the fees and expenses awarded; and

3. Granting J & M such other and further relief as the Court deems just and proper.

Dated: December 22, 2010

JOHNSON & MONCRIEF, PLC

/s/ Paul W. Moncrief
Paul W. Moncrief, Attorney for Debtor in Possession, Denney Farms, a California Limited Partnership

Interim Application for Fees; Memorandum of Points and Authorities; Declaration of Paul W. Moncrief in Support
In re Denney Farms, a California Limited Partnership
Case No. 10-59704

Case: 10-59704   Doc# 47   Filed: 12/23/10   Entered: 12/23/10 10:52:02   Page 6 of 12

# DECLARATION OF PAUL W. MONCRIEF

I, Paul W. Moncrief, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and before the United States Bankruptcy Court for the Northern District of California. I am a shareholder of Johnson & Moncrief, PLC ("J & M"), counsel to Debtor in Possession Denney Farms, a California Limited Partnership ("Debtor") in this Chapter 11 case. This Declaration is made in support of J & M's Application (the "Application") for compensation for professional services rendered and reimbursement of expenses incurred in connection with its representation of Debtor in this case. The matters set forth herein are of my own personal knowledge and, if called upon to do so, I could and would competently testify as to the truth of these matters, except those matters set forth on information and belief, as to which I am informed and believe are true.

2. Debtor and J & M, through a signed attorney-client fee agreement, agreed on September 16, 2010, that J & M would represent Debtor in this Chapter 11 case. The amount of money that J & M is to receive under this agreement is determined by the number of hours worked, multiplied by the hourly rate of the individuals working on the case. The stated "current hourly rates" as agreed upon were that "Partners" are to be paid at $325-$345 per hour, "Associates" are to be paid at $210-325 per hour, and "Paralegals/Assistants" are to be paid at $50-160 per hour.

As part of the employment contract, Debtor was to provide J & M with both (a) $1,039.00 for bankruptcy filing fees, and (b) $20,000.00 as a retainer. Payment of the billing statements, as provided monthly to Debtor, is to be accomplished by application to the Bankruptcy Court.

Debtor initially applied for an Application to Employ J & M as Counsel on October 5, 2010. Debtor applied for a Second Amended Application to Employ J & M on November 5, 2010. The Court granted this Second Amended Application to Employ J & M on November 9, 2010. Debtor and J & M agreed that payment for J & M's services would be based on an hourly rate of work performed on Debtor's behalf in the bankruptcy matter. The stated "current hourly

Interim Application for Fees; Memorandum of Points and Authorities; Declaration of Paul W. Moncrief in Support
In re Denney Farms, a California Limited Partnership
Case No. 10-59704

rates" agreed upon were that "Partners" are to be paid at $325-$345 per hour, "Associates" are to be paid at $210-325 per hour, and "Paralegals/Assistants" are to be paid at $50-160 per hour.

As part of the employment contract, Debtor was to provide J & M with both (a) $1,039.00 for bankruptcy filing fees, and (b) $20,000.00 as a retainer. Payment of the billing statements as provided monthly to Debtor, are to be accomplished by application to the Bankruptcy Court. J & M initially received $1,039.00 for the filing fee from Robert H. Denney, on September 20, 2010. The retainer payment of $20,000.00 was paid to J & M on October 18, 2010, by Robert H. Denney.

3. By this Application, J & M seeks allowance and payment of $24,644.50 in attorney fees and $67.20 in expenses incurred from the commencement of Debtor's bankruptcy case through December 9, 2010, for a total award of $24,711.70. A Summary Sheet of the combined total of fees and expenses requested and the total blended hourly rate is attached hereto as Exhibit "A".

4. J & M currently employs seven (7) attorneys licensed to practice in California. The areas in which the attorneys in the firm practice include agricultural law, winery law, land use, real estate transactions, civil litigation, and bankruptcy. J & M maintains three offices located in Monterey County and San Luis Obispo County, California, with its principal office in Salinas, California. A copy of J & M's list of attorneys and paraprofessionals describing the education, qualification and experiences of the professionals and paraprofessionals employed by J & M who have performed services in this case is attached hereto as Exhibit "B".

Paralegal, Kelli Stokes ("Ms. Stokes") has been employed by J & M since March 17, 2008. Paralegal, Jessica Medina ("Ms. Medina") has been employed by J & M since October 4, 2010. The work performed by Ms. Stokes and Ms. Medina consisted of substantive tasks which otherwise would have been performed by an attorney. I supervise the preparation of the petitions and related documents by Ms. Stokes and Ms. Medina. Ms. Stokes' and Ms. Medina's rate of $150.00 is commensurate with reasonable community standards and the market rate for charges by this category of personnel. I am informed and believe upon documentation presented to me by Ms. Stokes and Ms. Medina that they are in compliance with the minimum education and

Interim Application for Fees; Memorandum of Points and Authorities; Declaration of Paul W. Moncrief in Support
In re Denney Farms, a California Limited Partnership
Case No. 10-59704

Case: 10-59704    Doc# 47    Filed: 12/23/10    Entered: 12/23/10 10:57:03    Page 8 of 12

mandatory continuing education requirements for paralegals as set forth in California Business and Professions, section 6450, et seq.

5. Debtor initially applied for an Application to Employ J & M as Counsel on October 5, 2010. Debtor applied for a Second Amended Application to Employ J & M on November 5, 2010. The Court granted this Second Amended Application to Employ J & M on November 9, 2010.

6. J & M has not agreed to share with any person or entity any compensation J & M may be awarded in this case, except among members of J & M. Other than amounts previously awarded by this Court, J & M has not received or been promised any other payments for the services rendered to be rendered in any capacity whatsoever in connection with the case.

7. I am informed and believe that as of the date of this Application, the funds on hand in the Debtor's estate currently exceed the amounts requested by J & M.

8. Copies of J & M's billing statements for the period covered by this Application are attached hereto as Exhibit "C". The billing statement set forth in detail the time spent and the specific professional services rendered by J & M, as well as specific expenses incurred. With respect to the expenses incurred for which reimbursement is sought, such expenses are charged to all of J & M's clients.

9. The Application also contains a detailed narrative including a summary and breakdown of fees and expenses charged by category, attached as Exhibit "D". I reviewed the narrative set forth in the Application. I also reviewed the charts contained in the Application which set forth the amount of time spent and the fees and expenses charged by J & M with respect to each particular matter in which J & M provided services. To the best of my knowledge, the information contained in the narrative history and the fee and expenses chart is true and accurate.

10. I am acting as the "Certifying Professional," pursuant to the United States Bankruptcy Court Northern District of California Guideline for Compensation and Expenses Reimbursement of Professionals and Trustees. I certify that: (a) I have read the Application; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the

Interim Application for Fees; Memorandum of Points and Authorities; Declaration of Paul W. Moncrief in Support
In re Devney Farms, a California Limited Partnership
Case No. 10-59704

Case: 10-59704    Doc# 47    Filed: 12/23/10    Entered: 12/23/10 10:52:03    Page 9 of 12

1  compensation and expenses reimbursement sought is in conformity with the Court's guidelines,
2  except as specifically noted in the certification application; and (c) the compensation and expense
3  reimbursement requested are billed at rates, in accordance with practices, no less favorable than
4  those customarily employed by J & M and generally accepted by J & M's clients.

5      11.    Attached to this Application as Exhibit "E" is a true and correct copy of the letter
6  J & M mailed via United States Mail to Debtor as related to this Application. In addition, J & M
7  mailed to debtor a complete copy of the Application.

8      I declare under penalty of perjury under the laws of the United States that the foregoing is
9  true and correct.

10     Executed this 22th day of December, 2010, at Salinas, California.

*[signature]*

Paul W. Moncrief

Interim Application for Fees; Memorandum of Points and Authorities; Declaration of Paul W. Moncrief in Support
10    Jaya Denney Farms a California Limited Partnership
Case No. 10-59704

Case: 10-59704   Doc# 47   Filed: 12/23/10   Entered: 12/23/10 10:52:03   Page 10 of 12

# CERTIFICATE OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

1. **INTERIM APPLICATION OF JOHNSON & MONCRIEF, PLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF PAUL W. MONCRIEF IN SUPPORT THEREOF**
   1.

To be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

XX   **(BY MAIL)** By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____ **(BY HAND-DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____ **(BY OVERNIGHT DELIVERY)** By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

_____ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

addressed as follows:

| | |
|---|---|
| Farm Credit West<br>Rene Lastreto, II<br>Lang, Richert & Patch<br>P.O. Box 40012<br>Fresno, CA 93755 | Office of the U.S. Trustee/SJ<br>U.S. Federal Bldg.<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004 |
| Chris Brumfield, Esq.<br>VP & General Counsel for Farm Credit West<br>1478 Stone Point Dr., Suite 450<br>Roseville, CA 95661 | Farm Credit West<br>Attn: James Meeley<br>P.O. Box 631<br>Visalia, CA 93279 |
| Farm Credit West<br>P.O. Box 631<br>Visalia, CA 93279 | CA Employment Development Dept. Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94240 |

Certificate of Service
Case No. 10-59704

| | | |
|---|---|---|
| 1 | Secretary of The Treasury<br>15th and Pennsylvania Ave.<br>NW Washington, DC 20220-0001 | Internal Revenue Service<br>ACS Support – STOP 813G<br>P.O. Box 145566<br>Cincinnati, OH 45250 |
| 2 | | |
| 3 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>Ogden, UT 84201-0039 |
| 4 | | |
| 5 | | |
| 6 | Internal Revenue Service<br>P O Box 21126<br>Philadelphia, P A 19114 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 |
| 7 | | |
| 8 | Castoro Cellars<br>6465 Von Dollen Road<br>San Miguel, CA 93451 | Courtside Cellars LLC<br>4910 Edna Road<br>San Luis Obispo, CA 93401 |
| 9 | | |
| 10 | Hahn Estates<br>P.O. Drawer C<br>Soledad, CA 93960 | Hames Valley Vineyards, Inc.<br>72120 Jolon Road<br>Bradley, CA 93426 |
| 11 | | |
| 12 | Herzog Wine Cellars<br>3201 Camino Del Sol<br>Oxnard, CA 93030 | Delicato Vineyards<br>12001 South Highway 99<br>Manteca, CA 95336 |
| 13 | E.T. Caulk Educational Trust<br>Shelley B. Denney Trustee<br>264 W. 14th Street<br>San Bernardino, CA 92405 | International Wine Associates<br>P.O. Box 1330<br>Healdsburg, CA 95448 |
| 14 | | |
| 15 | | |
| 16 | Lang, Richert &Patch<br>5200 North Palm, Suite 401<br>Fresno, CA 93704 | MONTEREY COUNTY TAX COLLECTOR<br>168 W. Alisal Street 1st Floor<br>Salinas, CA 93901 |
| 17 | MONTEREY COUNTY TAX COLLECTOR<br>P O BOX 891<br>SALINAS, CA 93902 | Robert H. Denney, Jr.<br>72120 Jolon Road<br>Bradley, CA 93426 |
| 18 | | |
| 19 | Robert Hall Winery LLC 3443 Mill Road Paso Robles, CA 93446 | Scheid Vineyards<br>305 Hilltown Road<br>Salinas, CA 93908 |
| 20 | | |
| 21 | The Rev. Shelley Denney<br>264 W. 14th Street<br>San Bernardino, CA 92405 | The Wine Group<br>P.O. Box 897<br>Ripon, CA 95366 |
| 22 | | |
| 23 | Turrentine Brokerage<br>7599 Redwood Boulevard Suite 103<br>Novato, CA 94945 | Venoco<br>6267 Carpinteria Avenue Suite 100 Carpinteria, CA 93013 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 23, 2010, in Salinas, California.

-------------------------------------
Kelli Stokes