René Lastreto, II, #100993
rl2@lrplaw.net
Vanessa M. Boehm, #261972
vmb@lrplaw.net
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

Attorneys for Movant FARM CREDIT WEST, FLCA; FARM CREDIT WEST, PCA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In the Matter of<br><br>DENNEY FARMS, a California Limited Partnership,<br><br>    Debtor | Case No. 10-59704<br><br>Chapter 11<br><br>R.S. No. LRP-2 |
| FARM CREDIT WEST, FLCA and FARM CREDIT WEST, PCA<br><br>    Movants<br><br>vs.<br><br>DENNEY FARMS, a California Limited Partnership,<br><br>    Debtor and Debtor-in-Possession, Respondents | Hearing Date: 1/18/11<br>Hearing Time: 2:15 p.m.<br>Dept:    Courtroom 3020<br>          280 South First Street<br>          San Jose, CA 95113<br><br>HONORABLE ARTHUR S. WEISSBRODT |

**FARM CREDIT WEST FLCA AND FARM CREDIT WEST PCA'S
MOTION FOR RELIEF FROM AUTOMATIC STAY**

Farm Credit West, FLCA and Farm Credit West, PCA ("FLCA" and "PCA," collectively "FCW") hereby respectfully requests that this Court terminate the automatic stay as to Denney Farms ("Debtor"), thereby permitting FCW to exercise all of its available non-bankruptcy remedies.

## JURISDICTION

1. This Court has jurisdiction of this contested matter by reference from the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 157(a). The District Court has jurisdiction of this contested matter as a civil proceeding arising under and related to a case under Title 11 of the United States Code pursuant to 28 U.S.C. § 1334(b). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

## MOTION

2. This case was commenced by the filing of a voluntary Chapter 11 petition (11 U.S.C. § 1101 et seq) by the debtor on September 17, 2010.

3. FLCA is a secured creditor of Debtor by way of a Promissory Note and Supplement to the Master Loan Agreement ("Loan 3820149-101") and Security Agreement dated January 18, 2005 in the original principal sum of $7,400,000.00. A Deed of Trust and Assignment of Rents granting FLCA a security interest in real property located in Monterey County was recorded in the County of Monterey, State of California, on January 26, 2005 as Document Number 2005-008521.

4. PCA is a secured creditor of Debtor by way a Security Agreement dated August 20, 2007, Master Loan Agreement dated August 20, 2007, Promissory Note and Supplement to the Master Loan Agreement ("Loan 8279055-101") in the principal sum of $930,000.00 and Promissory Note and Supplement to the Master Loan Agreement ("Loan 8279055-201") in the sum of $915,000.00, both dated March 7, 2008, and a Promissory Note and Supplement to the Master Loan Agreement ("Loan 8279888-101") in the principal sum of $582,175.88 dated June 16, 2009. A Deed of Trust and Assignment of Rents granting PCA a security interest in real property located in Monterey County was recorded in the County of Monterey, State of California, on August 31, 2007 as Document Number 2007-068145.

5. At present, FLCA has a first deed of trust and PCA has a third deed of trust on 1,080.36 acres located in southern Monterey County. An offer to purchase the real property for $10,000,000.00 was recently made, provided FCW provided 100% financing at 2.% for ten (10) years. FLCA and PCA have perfected security interests in all crops and proceeds of crops generated from the real property valued at approximately $800,000.00

6. Debtor has a long history of financial difficulty and FCW has provided financial accommodations to Debtor for many years.

7. The real property which is the subject of the Deeds of Trust in favor of FCW was listed for sale in March, 2009.

8. Due to Debtor's default, FCW initiated a foreclosure proceeding against Debtor. This foreclosure proceeding was in progress when Debtor filed the instant bankruptcy case and is now subject to the automatic stay.

9. There is no indication that Debtor will be able to sell this property in the near future.

10. The amount due and owing as of the date of this Motion is as follows:

| | |
|---|---|
| FLCA Loan 3820149-101 | $7,704,252.32 |
| PCA Loan 8279055-101 | $ 729,575.37 |
| PCA Loan 8279055-201 | $ 527,018.00 |
| PCA Loan 8279055-301 | $ 1,665.86 |
| PCA Loan 8279055-401 | $ 11,628.85 |
| PCA Loan 8279888-101 | $1,010,923.49 |
| TOTAL: | $9,985,063.89 |

11. "Cause" exists to terminate the automatic stay under 11 U.S.C. §362(d)(1), thereby permitting FCW to exercise all of its available non-bankruptcy remedies as to the Debtor, including, without limitation, proceeding with and concluding foreclosure on the subject real property. Relief is warranted in that Debtors have not paid the amounts due under the above-referenced agreements despite multiple attempts by FCW to accommodate Debtor. Relief is further warranted due to Debtors' inability to adequately protect FCW.

12. FCW seeks an Order terminating the automatic stay, thereby permitting FCW to exercise all of its available non-bankruptcy remedies.

13. This Motion is made pursuant to the Declaration of James Neeley filed concurrently herewith, the Exhibits, all filed concurrently herewith, together with such additional records, documents, evidence and oral argument of counsel as may be presented at or before the hearing on

this matter.

WHEREFORE, FCW prays as follows:

1. For an order terminating the automatic stay as to FCW;
2. That the 14-day stay prescribed in Bankruptcy Rule 4001(a)(3) be waived;
3. For other such relief as this Court deems just and proper.

Dated: Jan 4, 2011

LANG, RICHERT & PATCH, P.C.

By: /s/ René Lastreto, II
René Lastreto, II, Attorneys for
FARM CREDIT WEST, FLCA;
FARM CREDIT WEST, PCA