Paul W. Moncrief, Esq. SBN 204239
JOHNSON & MONCRIEF, PLC
295 S. Main Street, Suite 600
Salinas, California 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorneys for Debtor in Possession

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) CASE NO. 10-59704 |
| | ) |
| DENNEY FARMS, a California Limited Partnership, | ) Chapter 11 |
| | ) |
| Debtor in Possession. | ) Date: February 11, 2011 |
| | ) Time: 1:45 p.m. |
| | ) Place: 280 South First Street, Room 3035 |
| Tax ID #: 77-0306850 | ) San Jose, CA 95113-3099 |
| Address: 72120 Jolon Road | ) |
| Bradley, CA 93426 | ) Judge: Weissbrodt |
| | ) |

## STIPULATION FOR ORDER CONTINUING HEARING ON

## MOTION TO EXTEND DEBTOR'S EXCLUSIVITY PERIOD TO FILE A PLAN

By and through their respective counsel of record herein, Farm Credit West, FLCA and

Farm Credit West, PCA (collectively "FCW") and Denney Farms ("Debtor"), wish to continue

the hearing presently set for March 1, 2011 at 1:45 p.m. to March 29, 2011 at 1:45 p.m.

NOW THEREFORE,

### Stipulation

1. The parties jointly seek an order that:

Case: 10-59704    Doc# 69    Filed: 03/01/11    Entered: 03/01/11 11:11:31    Page 1 of 5

1     (A) continues the hearing on upon Debtor's Motion to Extend Debtor's

2 Exclusivity Period to File a Plan presently set for March 1, 2011 at 1:45 p.m. in the above-

3 captioned court to March 29, 2011 at 1:45 p.m.

4

5

6 Dated: March 1, 2011      LANG, RICHERT & PATCH, P.C.

7

8             By _____

9               René Lastreto, II, Attorneys for
                 FARM CREDIT WEST, FLCA;

10               FARM CREDIT WEST, PCA

11 Dated: March 1, 2011      JOHNSON AND MONCRIEF, PLC

12

13             By _____

14               Paul W. Moncrief, Attorneys for
                 DENNEY FARMS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

1.   **STIPULATION FOR ORDER CONTINUING HEARING ON MOTION TO EXTEND DEBTOR'S EXCLUSIVITY PERIOD TO FILE A PLAN**

To be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

XX   **(BY MAIL)**   By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____   **(BY HAND-DELIVERY)**   By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____   **(BY OVERNIGHT DELIVERY)**   By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

_____   **(BY FACSIMILE TRANSMISSION)**   By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

_____   **(BY ELECTRONIC MAIL)**.   By transmitting a true copy thereof by electronic mail from email address Kelli@JohnsonMoncrief.com to the interested part(ies) or their attorneys(s) of record to said action at the electronic email address(es) shown below.

XX   **(BY ECF TRANSMISSION)**.   By way of this court's ECF email notification to the participating parties set forth below:

addressed as follows:

| | |
|---|---|
| Farm Credit West<br>Rene Lastreto, II<br>Vanessa Marie Boehm<br>Lang, Richert & Patch<br>P.O. Box 40012<br>Fresno, CA 93755-4012<br>Rl2@lrplaw.net<br>vmb@lrplaw.net<br>Rebecca@lrplaw.net | Office of the U.S. Trustee/SJ<br>U.S. Federal Bldg.<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004<br>Ustpregion17.sj.ecf@usdoj.gov<br>ltroxas@hotmail.com |
| CA Employment Development Dept. Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280–0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812–2952 |

Case: 10-59704    Doc# 69    Filed: 03/01/11    Entered: 03/01/11 11:11:31    Page 3 of 5

| | |
|---|---|
| Secretary of The Treasury<br>15th and Pennsylvania Ave.<br>NW Washington, DC 20220–0001 | Castoro Cellars<br>6465 Von Dollen Road<br>San Miguel, CA 93451-9567 |
| Chris Brumfield, Esq.<br>VP & General Counsel for Farm Credit West<br>1478 Stone Point Dr., Suite 450<br>Roseville, CA 95661-2869 | Courtside Cellars LLC<br>4910 Edna Road<br>San Luis Obispo, CA 93401-7938 |
| Delicato Vineyards<br>12001 South Highway 99<br>Manteca, CA 95336-9209 | E.T. Caulk Educational Trust<br>Shelley B. Denney Trustee<br>264 W. 14th Street<br>San Bernardino, CA 92405-4806 |
| Farm Credit West<br>Attn: James Meeley<br>P.O. Box 631<br>Visalia, CA 93279-0631 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-001 |
| Hahn Estates<br>P.O. Drawer C<br>Soledad, CA 93960-0167 | Hames Valley Vineyards, Inc.<br>72120 Jolon Road<br>Bradley, CA 93426-9698 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Originally filed with the Court as:<br>Internal Revenue Service<br>Ogden, UT 84201–0039 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, P.A. 19101-7346<br>Originally filed with Court as:<br>ACS Support – STOP 813G<br>P.O. Box 145566<br>Cincinnati, OH 45250 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Originally filed with Court as P.O. Box 21126<br>Philadelphia, P.A. 19114 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 |
| International Wine Associates<br>P.O. Box 1330<br>Healdsburg, CA 95448-1330 | Lang, Richert &Patch<br>5200 North Palm, Suite 401<br>Fresno, CA 93704-2227 |
| MONTEREY COUNTY TAX COLLECTOR<br>P O BOX 891<br>SALINAS, CA 93902-0891 | MONTEREY COUNTY TAX COLLECTOR<br>168 W. Alisal Street 1st Floor<br>Salinas, CA 93901-0891 |
| Robert H. Denney, Jr.<br>72120 Jolon Road<br>Bradley, CA 93426-9698 | Robert Hall Winery LLC<br>3443 Mill Road<br>Paso Robles, CA 93446-7345 |
| Scheid Vineyards<br>305 Hilltown Road<br>Salinas, CA 93908-8902 | The Wine Group<br>P.O. Box 897<br>Ripon, CA 95366-0897 |
| Venoco<br>6267 Carpinteria Avenue Suite 100<br>Carpinteria, CA 93013-2802 | The Rev. Shelley B. Denney<br>264 W. 14th Street<br>San Bernardino, CA 92405-4806 |
| IRS | Herzog Wine Cellars |

Certificate of Service
*In re Denney Farms, a California Limited Partnership*
Case No. 10-59704

Case: 10-59704    Doc# 69    Filed: 03/01/11    Entered: 03/01/11 11:11:31    Page 4 of 5

| | |
|---|---|
| P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 3201 Camino Del Sol<br>Oxnard, CA 93030-8915 |
| Turrentine Brokerage<br>7599 Redwood Boulevard Suite 103<br>Novato, CA 94945 | International Wine Associates<br>625 Healdsburg Avenue<br>Healdsburg, CA 95448-1330 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>Healdsburg, CA 95448-3608 | Farm Credit West<br>P.O. Box 631<br>Visalia, CA 93279-0631 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 1, 2011, in Salinas, California.

Kelli Stokes