

IT IS SO ORDERED.
Signed March 03, 2011

*Arthur S. Weissbrodt*
Arthur S. Weissbrodt
U.S. Bankruptcy Judge

1  René Lastreto, II, #100993
   rl2@lrplaw.net
2  Vanessa M. Boehm, #261972
   vmb@lrplaw.net
3  Lang, Richert & Patch
   Post Office Box 40012
4  Fresno, California 93755-0012
   (559) 228-6700 Phone
5  (559) 228-6727 Fax
6
7  Attorneys for Movants FARM CREDIT WEST, FLCA; FARM CREDIT WEST, PCA
8
9            IN THE UNITED STATES BANKRUPTCY COURT
10                NORTHERN DISTRICT OF CALIFORNIA
11                       SAN JOSE DIVISION

| | |
|---|---|
| In the Matter of | Case No. 10-59704 |
| DENNEY FARMS, a California Limited Partnership, | Chapter 11 |
| Debtor | R.S. No. LRP-2 |
| FARM CREDIT WEST, FLCA and FARM CREDIT WEST, PCA, | Hearing Date: February 22, 2011 |
| | Hearing Time: 2:00 p.m. |
| Movants | Dept: Courtroom 3020 |
| vs. | 280 South First Street |
| | San Jose, CA 95113 |
| DENNEY FARMS, a California Limited Partnership, | HONORABLE ARTHUR S. WEISSBRODT |
| Debtor and Debtor-in-Possession, Respondent | |

**ORDER GRANTING FARM CREDIT WEST, FLCA AND FARM CREDIT WEST, PCA'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

On February 22, 2011, a hearing was held before the honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, on Farm Credit West, FLCA and Farm Credit West, PCA's ("FCW") Motion for Relief from Stay. Appearances were noted on the record. For the reasons set

Order Granting Farm Credit West, FLCA and Farm     -1-
Credit West PCA's Motion for Relief from
Automatic Stay (LRP-2)

forth on the record and in the minutes of the proceeding, it is hereby

ORDERED, ADJUDGED AND DECREED that FCW is immediately granted relief from the automatic stay for the purpose of allowing FCW to hire farm management for Denney Farms' farming operations. Such farm management may access and manage the real property collateral.

IT IS FURTHER ORDERED that FCW will automatically receive total relief from stay in sixty (60) days, specifically, April 23, 2011, in the event that Denney Farms ("Debtor") fails to tender the following to FCW within 60 days:

1. Wine grape harvest proceeds from 2010. Debtor had advised this amount is expected to be $487,325.47;
2. Receivables from 2010 harvest. Debtor had advised this amount is expected to be $76,791.52; and
3. Bulk wine sales proceeds. Debtor had advised this amount is expected to be $260,933.00.

In the event the wine grape 2010 harvest proceeds, receivables from the 2010 harvest and bulk wine sales proceeds tendered to FCW within 60 days are in a total amount which less than the above-referenced amounts, under no circumstances will FCW be paid less than the amounts due and owing under the Farm Credit West, FLCA and Farm Credit West, PCA loans. FCW will automatically receive total relief from stay in 60 days, specifically, April 23, 2011, in the event that Debtor fails to tender the amounts due and owing under the Farm Credit West, FLCA and Farm Credit West, PCA loans.

IT IS FURTHER ORDERED that FCW may set this matter for further hearing on shortened notice.

IT IS FURTHER ORDERED, that this Order shall be binding and effective despite any conversion of the bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

[SIGNATURES ON NEXT PAGE]

///

///

Order Granting Farm Credit West, FLCA and Farm -2-
Credit West PCA's Motion for Relief from
Automatic Stay (LRP-2)

Approved as to Form

JOHNSON AND MONCRIEF, PLC

By: _____
Paul W. Moncrief, Esq.
Attorneys for Debtor, DENNEY FARMS, a
California Limited Partnership

*** END OF ORDER ***