Paul W. Moncrief, Esq. SBN 204239
JOHNSON & MONCRIEF, PLC
295 S. Main Street, Suite 600
Salinas, California 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorneys for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

DENNEY FARMS, a California Limited Partnership,

Debtor in Possession.

Tax ID #: 77-0306850
Address: 72120 Jolon Road
Bradley, CA 93426

) CASE NO. 10-59704
)
) Chapter 11
)
) Date: March 29, 2011
) Time: 1:45 p.m.
) Place: 280 South First Street, Room 3035
) San Jose, CA 95113-3099
)
) Judge: Weissbrodt
)
)

## STIPULATION FOR ORDER CONTINUING HEARING ON MOTION TO EXTEND DEBTOR'S EXCLUSIVITY PERIOD TO FILE A PLAN

By and through their respective counsel of record herein, Farm Credit West, FLCA and Farm Credit West, PCA (collectively "FCW") and Denney Farms ("Debtor"), wish to continue the hearing presently set for March 29, 2011 at 1:45 p.m. to May 17, 2011 at 1:45 p.m.

NOW THEREFORE,

### Stipulation

1. The parties jointly seek an order that:

(A) continues the hearing on upon Debtor's Motion to Extend Debtor's Exclusivity Period to File a Plan presently set for March 29, 2011 at 1:45 p.m. in the above-captioned court to May 17, 2011 at 1:45 p.m.

Dated: March 24, 2011

LANG, RICHERT & PATCH, P.C.

By /s/ René Lastreto, II
René Lastreto, II, Attorneys for
FARM CREDIT WEST, FLCA;
FARM CREDIT WEST, PCA

Dated: March 24, 2011

JOHNSON AND MONCRIEF, PLC

By /s/ for Paul W. Moncrief
Paul W. Moncrief, Attorneys for
DENNEY FARMS

# CERTIFICATE OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

1. **STIPULATION FOR ORDER CONTINUING HEARING ON MOTION TO EXTEND DEBTOR'S EXCLUSIVITY PERIOD TO FILE A PLAN**

To be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

XX      **(BY MAIL)**  By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____   **(BY HAND-DELIVERY)**  By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____   **(BY OVERNIGHT DELIVERY)**  By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

_____   **(BY FACSIMILE TRANSMISSION)**  By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

_____   **(BY ELECTRONIC MAIL).**  By transmitting a true copy thereof by electronic mail from email address Kelli@JohnsonMoncrief.com to the interested part(ies) or their attorneys(s) of record to said action at the electronic email address(es) shown below.

XX      **(BY ECF TRANSMISSION).**  By way of this court's ECF email notification to the participating parties set forth below:

addressed as follows:

| | |
|---|---|
| Farm Credit West<br>Rene Lastreto, II<br>Vanessa Marie Boehm<br>Lang, Richert & Patch<br>P.O. Box 40012<br>Fresno, CA 93755-4012<br>Rl2@lrplaw.net<br>vmb@lrplaw.net<br>Rebecca@lrplaw.net | Office of the U.S. Trustee/SJ<br>U.S. Federal Bldg.<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004<br>Ustpregion17.sj.ecf@usdoj.gov<br>ltroxas@hotmail.com |
| CA Employment Development Dept. Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |

Certificate of Service
1
In re Denney Farms, a California Limited Partnership
Case No. 10-59704

| # | | |
|---|---|---|
| 1 | Secretary of The Treasury<br>15th and Pennsylvania Ave.<br>NW Washington, DC 20220-0001 | Castoro Cellars<br>6465 Von Dollen Road<br>San Miguel, CA 93451-9567 |
| 2 | | |
| 3 | Chris Brumfield, Esq.<br>VP & General Counsel for Farm Credit West<br>1478 Stone Point Dr., Suite 450<br>Roseville, CA 95661-2869 | Courtside Cellars LLC<br>4910 Edna Road<br>San Luis Obispo, CA 93401-7938 |
| 4 | | |
| 5 | Delicato Vineyards<br>12001 South Highway 99<br>Manteca, CA 95336-9209 | E.T. Caulk Educational Trust<br>Shelley B. Denney Trustee<br>264 W. 14th Street<br>San Bernardino, CA 92405-4806 |
| 6 | | |
| 7 | Farm Credit West<br>Attn: James Meeley<br>P.O. Box 631<br>Visalia, CA 93279-0631 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-001 |
| 8 | | |
| 9 | Hahn Estates<br>P.O. Drawer C<br>Soledad, CA 93960-0167 | Hames Valley Vineyards, Inc.<br>72120 Jolon Road<br>Bradley, CA 93426-9698 |
| 10 | | |
| 11 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Originally filed with the Court as:<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, P.A. 19101-7346<br>Originally filed with Court as:<br>ACS Support – STOP 813G<br>P.O. Box 145566<br>Cincinnati, OH 45250 |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Originally filed with Court as P.O. Box 21126<br>Philadelphia, P.A. 19114 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 |
| 17 | | |
| 18 | | |
| 19 | International Wine Associates<br>P.O. Box 1330<br>Healdsburg, CA 95448-1330 | Lang, Richert &Patch<br>5200 North Palm, Suite 401<br>Fresno, CA 93704-2227 |
| 20 | | |
| 21 | MONTEREY COUNTY TAX COLLECTOR<br>P O BOX 891<br>SALINAS, CA 93902-0891 | MONTEREY COUNTY TAX COLLECTOR<br>168 W. Alisal Street 1st Floor<br>Salinas, CA 93901-0891 |
| 22 | | |
| 23 | Robert H. Denney, Jr.<br>72120 Jolon Road<br>Bradley, CA 93426-9698 | Robert Hall Winery LLC<br>3443 Mill Road<br>Paso Robles, CA 93446-7345 |
| 24 | | |
| 25 | Scheid Vineyards<br>305 Hilltown Road<br>Salinas, CA 93908-8902 | The Wine Group<br>P.O. Box 897<br>Ripon, CA 95366-0897 |
| 26 | | |
| 27 | Venoco<br>6267 Carpinteria Avenue Suite 100<br>Carpinteria, CA 93013-2802 | The Rev. Shelley B. Denney<br>264 W. 14th Street<br>San Bernardino, CA 92405-4806 |
| 28 | IRS | Herzog Wine Cellars |

| | |
|---|---|
| P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 3201 Camino Del Sol<br>Oxnard, CA 93030-8915 |
| Turrentine Brokerage<br>7599 Redwood Boulevard Suite 103<br>Novato, CA 94945 | International Wine Associates<br>625 Healdsburg Avenue<br>Healdsburg, CA 95448-1330 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>Healdsburg, CA 95448-3608 | Farm Credit West<br>P.O. Box 631<br>Visalia, CA 93279-0631 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Broder J. Riewerts, III.<br>806 Willard Court<br>Gilroy, CA 95020 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 24, 2011, in Salinas, California.

Kelli Stokes