Paul W. Moncrief, Esq. SBN 204239
JOHNSON & MONCRIEF, PLC
295 S. Main Street, Suite 600
Salinas, California 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorneys for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) CASE NO. 10-59704 |
| DENNEY FARMS, a California Limited Partnership, | ) Chapter 11 |
| Debtor in Possession. | ) **AMENDED DECLARATION OF PAUL W. MONCRIEF IN SUPPORT OF DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 11 CASE** |
| Tax ID #: 77-0306850<br>Address: 72120 Jolon Road<br>Bradley, CA 93426 | ) Date: May 17, 2011<br>) Time: 1:45 p.m.<br>) Place: 280 South First Street, Room 3035<br>) San Jose, CA 95113-3099<br>) Judge: Weissbrodt |

I, Paul W. Moncrief, DECLARE:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am a partner in the law firm of Johnson & Moncrief, PLC, attorneys for Debtor/Movant.

2. The facts and matters stated herein are true of my own personal knowledge and if called as a witness I could testify competently thereto.

3. The Movant filed a voluntary petition under Chapter 11 on September 17, 2010. Since the date of filing of the Chapter 11, the Movant has been, and now is, a "debtor-in-possession."

Amended Declaration in Support of Debtor's Motion to Voluntarily Dismiss Case
*In re Denney Farms, a California Limited Partnership*

1

4. At the time of the filing of the petition, the Movant's estate consisted of a residential home, vineyards and open farm lands located at 72120 Jolon Road, Bradley, Monterey County, California, Assessor's Parcel Numbers 423-091-026, 423-091-052, 423-091-053, 424-081-054, and 424-081-010 ("Property").

5. The principal reason for the filing of the Chapter 11 by Debtor was to attempt to maintain the property as a going concern.

6. During the course of the Chapter 11 proceeding, secured creditor, Farm Credit West, PCA, and Farm Credit West, FLCA obtained relief from the automatic stay regarding the Property.

7. Farm Credit West, PCA, and Farm Credit West, FLCA, the principal creditor in this Chapter 11, and Debtor have entered into an agreement to settle the claims ("Settlement Agreement") of Farm Credit West, PCA and Farm Credit West, FLCA, in this Chapter 11.

8. The terms of the Settlement Agreement generally provide that Farm Credit West, PCA and Farm Credit West, FLCA shall, upon dismissal of this Chapter 11, (i) proceed to foreclose on the Property and personal property serving as collateral for the loans by Farm Credit West, PCA and Farm Credit West, FLCA, excepting the Debtor's 2009 bulk wine proceeds, 2010 bulk wine proceeds, and excepting the personal property located on the Property owned by co-guarantor, Hames Valley Vineyards, Inc., including a 5500 John Deere Vineyard Tractor, a vineyard mower, an arrow duster, a water truck, a backhoe, and a forklift (ii) bid on the Property at the foreclosure sale; and (iii) in the event Farm Credit West, PCA and Farm Credit West, FLCA are the successful bidder at the foreclosure sale, allow Robert H. Denney, the individual, to continue to reside in the residence on the Property for an additional six (6) months after the sale, so long as during such time, Robert H. Denney, maintains and insures the Property from damage.

Case: 10-59704   Doc# 82   Filed: 05/02/11   Entered: 05/02/11 13:48:56   Page 2 of 6
Amended Declaration in Support of Debtor's Motion to Voluntarily Dismiss Case
2   *In re Denney Farms, a California Limited Partnership*

9. Reorganization of Debtor is highly unlikely due to the fact that Debtor is unable to make the required payment on the Property, and the foreclosure of the Property by Farm Credit West, PCA and Farm Credit West, FLCA, will render Debtor unable to continue its business.

10. Of the remaining equity assets, the 2009 and 2010 bulk wines were listed with the aggregate estimated value of $260,933.00 in Schedule B of the March 2011 Monthly Operating Report.

DATED May 2, 2011

JOHNSON & MONCRIEF

*[signature]*

Paul W. Moncrief, Attorney for Debtor in Possession DENNEY FARMS, a California Limited Partnership

Amended Declaration in Support of Debtor's Motion to Voluntarily Dismiss Case
3
*In re Denney Farms, a California Limited Partnership*

# CERTIFICATE OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

1. **AMENDED DECLARATION OF PAUL W. MONCRIEF IN SUPPORT OF DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 11 CASE**

To be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

XX    **(BY MAIL)** By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____    **(BY HAND-DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____    **(BY OVERNIGHT DELIVERY)** By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

_____    **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

_____    **(BY ELECTRONIC MAIL).** By transmitting a true copy thereof by electronic mail from email address Kelli@JohnsonMoncrief.com to the interested part(ies) or their attorneys(s) of record to said action at the electronic email address(es) shown below.

XX    **(BY ECF TRANSMISSION).** By way of this court's ECF email notification to the participating parties set forth below:

addressed as follows:

| | |
|---|---|
| Farm Credit West<br>Rene Lastreto, II<br>Vanessa Marie Boehm<br>Lang, Richert & Patch<br>P.O. Box 40012<br>Fresno, CA 93755-4012<br>Rl2@lrplaw.net<br>vmb@lrplaw.net<br>Rebecca@lrplaw.net | Office of the U.S. Trustee/SJ<br>U.S. Federal Bldg.<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004<br>Ustpregion17.sj.ecf@usdoj.gov<br>ltroxas@hotmail.com |
| CA Employment Development Dept. Bankruptcy Group MIC 92E, P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |

Amended Declaration in Support of Debtor's Motion to Voluntarily Dismiss Case

4

*In re Denney Farms, a California Limited Partnership*

| | |
|---|---|
| Secretary of The Treasury<br>15th and Pennsylvania Ave.<br>NW Washington, DC 20220-0001 | Castoro Cellars<br>6465 Von Dollen Road<br>San Miguel, CA 93451-9567 |
| Chris Brumfield, Esq.<br>VP & General Counsel for Farm Credit West<br>1478 Stone Point Dr., Suite 450<br>Roseville, CA 95661-2869 | Courtside Cellars LLC<br>4910 Edna Road<br>San Luis Obispo, CA 93401-7938 |
| Delicato Vineyards<br>12001 South Highway 99<br>Manteca, CA 95336-9209 | E.T. Caulk Educational Trust<br>Shelley B. Denney Trustee<br>264 W. 14th Street<br>San Bernardino, CA 92405-4806 |
| Farm Credit West<br>Attn: James Meeley<br>P.O. Box 631<br>Visalia, CA 93279-0631 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-001 |
| Hahn Estates<br>P.O. Drawer C<br>Soledad, CA 93960-0167 | Hames Valley Vineyards, Inc.<br>72120 Jolon Road<br>Bradley, CA 93426-9698 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Originally filed with the Court as:<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, P.A. 19101-7346<br>Originally filed with Court as:<br>ACS Support - STOP 813G<br>P.O. Box 145566<br>Cincinnati, OH 45250 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Originally filed with Court as P.O. Box 21126<br>Philadelphia, P.A. 19114 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 |
| International Wine Associates<br>P.O. Box 1330<br>Healdsburg, CA 95448-1330 | Lang, Richert &Patch<br>5200 North Palm, Suite 401<br>Fresno, CA 93704-2227 |
| MONTEREY COUNTY TAX COLLECTOR<br>P O BOX 891<br>SALINAS, CA 93902-0891 | MONTEREY COUNTY TAX COLLECTOR<br>168 W. Alisal Street 1st Floor<br>Salinas, CA 93901-0891 |
| Robert H. Denney, Jr.<br>72120 Jolon Road<br>Bradley, CA 93426-9698 | Robert Hall Winery LLC<br>3443 Mill Road<br>Paso Robles, CA 93446-7345 |
| Scheid Vineyards<br>305 Hilltown Road<br>Salinas, CA 93908-8902 | The Wine Group<br>P.O. Box 897<br>Ripon, CA 95366-0897 |
| Venoco<br>6267 Carpinteria Avenue Suite 100<br>Carpinteria, CA 93013-2802 | The Rev. Shelley B. Denney<br>264 W. 14th Street<br>San Bernardino, CA 92405-4806 |

| | |
|---|---|
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Herzog Wine Cellars<br>3201 Camino Del Sol<br>Oxnard, CA 93030-8915 |
| Turrentine Brokerage<br>7599 Redwood Boulevard Suite 103<br>Novato, CA 94945 | International Wine Associates<br>625 Healdsburg Avenue<br>Healdsburg, CA 95448-1330 |
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>Healdsburg, CA 95448-3608 | Farm Credit West<br>P.O. Box 631<br>Visalia, CA 93279-0631 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Broder J. Riewerts, III.<br>806 Willard Court<br>Gilroy, CA 95020 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 2, 2011, in Salinas, California.



Kelli Stokes

Case: 10-59704   Doc# 82   Filed: 05/02/11   Entered: 05/02/11 13:48:56   Page 6 of 6

Amended Declaration in Support of Debtor's Motion to Voluntarily Dismiss Case
6
*In re Denney Farms, a California Limited Partnership*